## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE OLIVER LARSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:14-cv-01085-WMA-JHE |
| ) | |
| WILLIAM STACY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The magistrate judge entered a report and recommendation on August 18, 2015, recommending that the following excessive force claims be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2):

- The plaintiff's claim that Officer Stacy used excessive force when he initially arrested and subdued him;

- The plaintiff's claim that Officer Stacy failed to intervene when Officer Wills tased the plaintiff; and

- The plaintiff's claim that defendant Wills used excessive force when he handcuffed him too tightly.

(Doc. 11).  The magistrate judge further recommended that, to the extent the plaintiff requests criminal charges be filed against the defendants, his claim be dismissed. (*Id.*). Finally, the magistrate judge recommended that all remaining claims be referred back to him for further proceedings. (*Id.*). The time to file objections has passed, and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and

1

recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that the following excessive force claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2):

- The plaintiff's claim that Officer Stacy used excessive force when he initially arrested and subdued him;

- The plaintiff's claim that Officer Stacy failed to intervene when Officer Wills tased the plaintiff; and

- The plaintiff's claim that defendant Wills used excessive force when he handcuffed him too tightly.

It is **FURTHER ORDERED, ADJUDGED,** and **DECREED** that the plaintiff's request for criminal charges be filed against the defendants is **DISMISSED**. Finally, all remaining claims are **REFERRED BACK** to the magistrate judge for further proceedings.

DONE this 10th day of September, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE